**No. P68/514.**—D. N. & E. Walter & Co. *v.* United States, protest 67/21475 (New York).

NEWMAN, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of folding wood doors similar in all material respects to those the subject of *Gitkin Co.* v. *United States* (58 Cust. Ct. 383, C.D. 2997), the claim of the plaintiff was sustained.